IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 07-30061-DRH |
| | ) | |
| GILDARDO SEBASTIAN-CENOBIO, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER GRANTING APPLICATION FOR
## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The above-entitled cause having come before the Court upon the application of the United States Attorney for an order directing the issuance of a Writ of Habeas Corpus ad Prosequendum for the production of GILDARDO SEBASTIAN-CENOBIO in the United States District Court at East St. Louis, Illinois, on the 3rd day of May, 2007, at the hour of 10:00 a.m.

IT IS SO ORDERED.

DATED this 30th day of April, 2007.

**s/ Clifford J. Proud**
CLIFFORD J. PROUD
United States Magistrate Judge