**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

**UNITED STATES OF AMERICA,**

     **Plaintiff,**

**v.**

**GILDARDO SEBASTIAN-CENOBIO,**

     **Defendant.**                 **Case No. 07-cr-30061-1-DRH**

<u>**ORDER**</u>

**HERNDON, District Judge:**

     This matter was referred to United States Magistrate Judge Clifford J. Proud for the specific purpose of conducting a change of plea hearing for defendant Gildardo Sebastian-Cenobio's ("Defendant"), pursuant to **28 U.S.C. § 636, SDIL Rule 72.1(b)(2)** and Defendant's consent (Doc. 21). The change of plea hearing was held on June 26, 2007 (Doc. 22) pursuant to **FEDERAL RULE OF CRIMINAL PROCEDURE 11**, during which Defendant entered a plea of guilty to Count 1 of the Indictment (Doc. 1) and agreed to forfeiture under Count 2, following a thorough colloquy with Judge Proud. A Report and Recommendation ("R&R") (Doc. 25) was issued, recommending the Court accept Defendant's plea of guilty. In accordance with **28 U.S.C. § 636(b)(1)(B)**, the parties were allowed ten (10) days from the issuance of the R&R to file written objections thereto.

     Neither party has filed timely objections. Therefore, the Court **ADOPTS** the R&R (Doc. 25) in its entirety. The Court hereby finds defendant Gildardo

Sebastian-Cenobio's plea of guilty as to Count 1 of the Indictment to have been knowing and voluntarily made and that the offense charged was supported by an independent factual basis containing each of the essential elements of such offense. Accordingly, the Court **ACCEPTS** defendant Gildardo Sebastian-Cenobio's guilty plea and **ADJUDGES** Defendant **GUILTY** of **Count 1 of the Indictment** (Doc. 1) and also acknowledges the fact that Defendant has agreed to forfeiture under Count 2. The United States Probation Office is **DIRECTED** to prepare a presentence investigation report.

That brings the Court to another matter to be resolved herein. Shortly after the R&R was issued, Defendant filed a Waiver of Time Periods Related to Preparation of Presentence Investigation Report ("PSR") and Motion for Expedited Sentencing (Doc. 27). Defendant's sentencing hearing was previously set for November 16, 2007 (Doc. 22), but Defendant seeks to expedite this, because, as part of his Plea Agreement, it is expected he will have a Zone C sentence (incarcerated for approximately 10 to 16 months). Defendant further hopes that as a result of his cooperation, the Government will file a motion seeking reduction of his sentence. Defendant has been a pre-trial detainee in this matter since approximately February 9, 2007. Thus, by his November sentencing date, he will have been incarcerated already for approximately nine months and will then be unable to reap the benefits of a Zone C sentence, much less any reduction of sentence that may be granted upon the Government's motion. Therefore, Defendant seeks, pursuant to **FEDERAL RULE**

OF CRIMINAL PROCEDURE 32(a), that the time limits set forth in subdivision (b)(6) be shortened, agreeing, in exchange, to waive any minimum period for disclosure and objections to the PSR.  Further, Defendant requests his sentencing hearing be set in August or September, 2007, instead of November, 2007.

The United States Probation Office has been apprised of Defendant's request and has agreed to expedite the PSR, if so ordered.  Accordingly, for good cause shown, the Court **GRANTS** Defendant's Motion (Doc. 27), hereby rescheduling Defendant's sentencing hearing to **August 30, 2007 at 9:30 a.m.**, an earlier date than previously scheduled.  The United States Probation is hereby **ORDERED** to prepare an expedited PSR for Defendant.  Said PSR should be prepared and submitted to the parties by **August 15, 2007**.  Defendant shall then file his objections to the PSR, if any, by **August 20, 2007**.

**IT IS SO ORDERED.**

Signed this 26th day of July, 2007.

/s/        David  RHerndon
**United States District Judge**